# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

February 4, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  Edwin Gonzalez
           v. United States
           No. 20-7049
           (Your No. 19-1351)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 28, 2021 and placed on the docket February 4, 2021 as No. 20-7049.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst